IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. 10- 20025 CM/DJW
FILED UNDER SEAL

Related Cases:    07-20122 KHV
08-20059 JWL
MICHAEL PAUL,                     08-20079 KHV
09-20088 CM

Defendant.

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Commencing on or about November 1, 2004, and continuing to on or about

July 23, 2009, the exact dates being unknown to the Grand Jury, in the District of Kansas

and elsewhere, the defendant,

## MICHAEL PAUL,

and Michael Guerrero did knowingly, and unlawfully combine, conspire, and agree with

each other and with other persons, both known and unknown to the Grand Jury, to

distribute and possess with intent to distribute more than 50 grams of methamphetamine,

a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and

(b)(1)(A)(viii).  This was all in violation of Title 21, United States Code, Section 846, and

Title 18, United States Code, Section 2.

## COUNT 2

Commencing on or about August 1, 2004, and continuing to on or about July 23, 2009, the exact dates being unknown to the Grand Jury, in the District of Kansas and elsewhere, the defendant,

**MICHAEL PAUL,**

and Michael Guerrero unlawfully, knowingly and intentionally combined, conspired, and agreed with each other and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii).  This was all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

A TRUE BILL.

February 25, 2010                               s/Foreperson
DATE                                            FOREPERSON OF THE GRAND JURY

    s/Sheri McCracken #17097 for
LANNY D. WELCH, Ks. S. Ct. No. 13267
United States Attorney
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Tel. 316-269-6481
Fax 316-269-6484
lanny.welch@usdoj.gov

[It is requested that trial be held in Kansas City, Kansas]

**PENALTIES**

2

**COUNT 1:  21 U.S.C. § 846 & 18 U.S.C. § 2 - Methamphetamine**

- NLT 10 years NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 5 years supervised release; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 10 years supervised release; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:

- NLT life imprisonment;
- NMT $8,000,000.00 fine;
- $100.00 special assessment fee.

**COUNT 2:  21 U.S.C. § 846 & 18 U.S.C. § 2 - Marijuana**

- NLT 5 years NMT 40 years imprisonment;
- NMT $2,000,00.00 fine;
- NLT 4 years supervised release;
- $100 special assessment fee**.**

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 10 years NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 8 years supervised release;
- $100.00 special assessment fee.